IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIELLE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC., ET AL.,<br><br>Defendants. | Civil Action No. 25-552-CFC |

## ORDER

At Wilmington on this Thirteenth day of August in 2025,

For the reasons set forth in the Memorandum Opinion issued on this day, it is HEREBY ORDERED that:

1. Defendants' Motion to Transfer Under 28 U.S.C. § 1404(a) (D.I. 39) is GRANTED; and

2. The Clerk of the Court is directed to TRANSFER immediately this action to the United States District Court for the Northern District of Florida.

_____
CHIEF JUDGE